PER CURIAM.
Affirmed. See Kelley v. Southern Pacific Co., 419 U.S. 318, 95 S.Ct. 472, 42 L.Ed.2d 498 (1974); Baker v. Texas & Pacific Railway, 359 U.S. 227, 79 S.Ct. 664, 3 L.Ed.2d 756 (1959); Rogers v. Missouri Pacific Railroad, 352 U.S. 500, 77 S.Ct. 443, 1 L.Ed.2d 493 (1957); Marion v. Cissell, 376 So.2d 871, 872 (Pla. 5th DCA 1979), cert. denied, 388 So.2d 1115 (Fla.1980); Riccio v. Allstate Insurance Co., 357 So.2d 420, 422 (Fla. 3d DCA 1978); Memorial Park, Inc. v. Spinelli, 342 So.2d 829, 832 (Fla. 4th DCA 1977), cert. denied, 354 So.2d 986 (Fla.1978).